IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS


FILED
NOV 2 0 2015
Clerk, U.S. District Court
By: _____ Deputy Clerk

Mary Anne Sause )
_____ )
_____ )
(Enter above the full name of the Plaintiff(s) )
vs. Chief of Police Timothy J. Bauer )   Case Number: 15-CV-9633 JAR/TJJ
Louisburg, KS Police Dept. et al )
Name )
209 South Metcalf Road )
Street and number )
Louisburg, Kansas 66053 )
City     State      Zip Code )

(Enter above the full name and address of the
Defendant in this action - list the name and
address of any additional defendants on the back
side of this sheet).

## CIVIL COMPLAINT

I.   Parties to this civil action:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any, on an attached sheet of paper).

A.   Name of plaintiff  Mary Anne Sause

     Address  10 North 14th Street Apt. 1409

              Louisburg, Kansas  66053

1

DEFENDANTS

B) POLICE OFFICER JASON LINDSEY
of LOUISBURG, KS.
209 SOUTH METCALF ROAD
LOUISBURG, KANSAS   66053

C) POLICE OFFICER of LOUISBURG, KS.
BRENT BALL
209 SOUTH METCALF ROAD
LOUISBURG, KANSAS   66053

D) FORMER CHIEF of POLICE, LOUISBURG, KANSAS
RON ANDERSON
ADDRESS UNKNOWN

E) DEPUTY of SHERIFF OFFICE, MIAMI COUNTY, KANSAS
(Former LOUISBURG Police Officer) Deputy Lee Stevans
118 SOUTH PEARL
PAOLA, KANSAS   66071

F) CITY OF LOUISBURG, KANSAS
MAYOR  MARTY SOUTHARD
5 SOUTH PEORIA SUITE 102
LOUISBURG, KANSAS   66053

G) CITY OF LOUISBURG, KANSAS
FORMER MAYOR TRAVIS THOMPSON
Address UNKNOWN

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

B. Defendant _See Back Side of 1ST PAGE_ is

employed at _____

C. Additional Defendants _See Back side of 1st Page_

II. Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

A. (If Applicable) Diversity of citizenship and amount:

1. Plaintiff is a citizen of the State of _Kansas_.

2. The first-named defendant above is either

   a. a citizen of the State of _KANSAS_; or

   b. a corporation incorporated under the laws of the State of _KANSAS_ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

3. The second-named defendant above is either

   a. a citizen of the State of _KANSAS_; or

   b. a corporation incorporated under the laws of the State of _Kansas_ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for _Attached Page_

2

The Third named Defendant above is either
a. a citizen of the State of Kansas; or
b. a corporation under the laws of the State of Kansas and having its principal place of business in a State other than the State of which plaintiff is a citizen.

The Fourth named Defendant above is either
a. a citizen of the State of Kansas; or
b. a corporation under the laws of the State of Kansas and having its principal place of business in a State other than the State of which plaintiff is a citizen.

The Fifth named Defendant above is either
a. a citizen of the State of Kansas; or
b. a corporation under the laws of the State of Kansas and having its principal place of business in a State other than the State of which plaintiff is a citizen.

The Sixth named Defendant above is either
a. a citizen of the State of Kansas; or
b. a corporation under the laws of the State of Kansas and having its principal place of business in a State other than the State of which plaintiff is a citizen.

The Seventh named Defendant above is either
a. a citizen of the State of Kansas; or

(Back Side) →

b. a corporation incorporated under the laws of the State of Kansas and having its principal place of business in a State other than the State of which plaintiff is a citizen.

each additional defendant on a separate page and attach it to this complaint.)

Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

B. (If applicable) Jurisdiction founded on grounds other than diversity (Check any of the following which apply to this case).

__X__ 1. This case arises under the following section of the Constitution of the United States or statute of the United States (28 U.S.C. §1331):
Constitution, Article_____, Section_____;
Statute, US Code, Title 42, Section_____.

__X__ 2. This case arises because of violation of the civil or equal rights, privileges, or immunities accorded to citizens of, or persons within the jurisdiction of, the United States (28 U.S.C. §1343).

_____ 3. Other grounds (specify and state any statute which gives rise to such grounds):

Statute 1983 Title 42 of US Code

Ammendments 1, 4,

Abuse under 'Color' of Law

III. Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to relief. State what each defendant did that violated the right(s) of the plaintiff, including dates and places of such conduct by the defendant(s). Do not set forth legal arguments. If you intend to allege more than one claim, number and set forth each claim in a separate paragraph. Attach an additional sheet, if necessary, to set forth a short and plain statement of the claim[s].)

On 11/22/2013, Officer Lindsey and Officer Stevans were appearing angry that I did not allow them entry or answer my front door. They came back, witness, Sharon Johnson, present. They asked why I didn't let them in, I answered and picked

3

up my Constitution Booklet and Bill of Rights, on display, at entry of my front door. Officer Jason Lindsey stated 'that's nothing, it's just a piece of paper.' 'Doesn't work here' Lindsey laughing, mocking. Officer Stevans present did not stop nor advise Officer Lindsey this was not a fact. Throughout the time Lindsey was in my family room - at door entry he put body camera on, threatened me I was 'going to be on 'COPS' then became angry in appearance and asked me if I knew what that meant. He tells me it is a TV show and I would be able to see myself. Officer Lindsey was alone ~~when~~ was meaning Officer Stevans left my home yet Sharon Johnson & I were alone with Officer Lindsey. The three of us present. (Alone meant Officer Stevans not present for these further events.)

I was extremely frightened for my friend, my safety and my RX companion dog. Officer Lindsey followed Sharon to my bedroom to place my dog in kennel. Lindsey refused to let me in my bedroom. I heard him continuing in a angry, threatening voice to Sharon, while I was told to go to family room. This went on over 20 possibly 30 minutes. Demanded her ID

He & Sharon came out of bedroom, she appeared very scared. He stayed in kitchen area, Sharon and I in family room. (Also Sharon ~~stated~~ Officer Lindsey kept trying to say what HE wanted to say). I asked him what he was doing, as he continued filming. Then he finally came in family room per my request to join us there.

He told me to get ready, I 'was going to jail' Yet when asked why, he states 'I don't know yet' Sharon asked what 'Bond would be' he states '$2,000 00/100') I asked if I could pray' he said 'Yes' I knelt down on knees on my prayer rug. Officer Stevans entered and asked what I was doing and Lindsey laughing in a mocking tone states 'She's praying' Officer Stevans said 'Get up'.

and Officer Stevens stated 'To Stop praying.'
Officer Lindsey then states 'You need to move from
here' I asked 'Why' he stated 'You need to move
back from where you came from.' Knowing camera is
still on, & frightened, intimidated I asked 'Where's that?'
He said 'You came from Cleaveland, Missouri, didn't you?'
I state 'Yes' I asked 'Why?' He states 'because no one
likes you here' I said who said that he said 'Theresa'
I said 'Theresa who' he states 'Manager here' I said That
is against my Constitutional Rights. Officer Stevens never
told him to stop. He allowed Officer Lindsey to continue.
As it was all recorded. I told them I was on DISABILITY
and this was government subsidized housing, for poor
people and I had no money to move and it wasn't right
Both officers kept looking through booklet for charges,
Lindsey would point in book, Stevens would shake head no,
This was Xmas after Officer Lindsey told us bond was $2000.
Given Interference with Law Enforcement and Disorderly Conduct
Tickets as Officer Stevens stated 'For not answering my
door when we came out first time.' I explained & showed
peep hole (couldn't visually see out) & they didn't say who they
were, explained I am rape victim, rapist still in prison & I
don't answer door like that. For my protection.
    I was asked to show & tell tatoos' or scars. I said several
times - 'I had a double Mastectomy' Then I showed
them because they kept asking - I Said 'Double Mastectomy
Breast Cancer' After 3/4th time I raised my shirt up,
That appeared to disgust Officers - very humiliating,
very embarrassing. Made me feel like that'd be a ticket.
Lindsey has threatened me since 3/2015. APPROX (3/2015)-
Been requesting internal investigation almost 1 year - with former
C.O.P. Ron Anderson & current C.O.P. (since 9/21/15) Notarized letter

Given to C.O.P. Timothy J. Bauer 10/08/2015 at Public Forum - Took Oath - Story in letter correct - He shook my hand said within 5 days he'd answer my questions. Nothing to this day. On 9/24/15 COP Bauer & I met in his office 11:30 AM - 12:40 PM He told me had "4,300 other citizens" he 'had here' to deal with. I told him yes, this gone on long enough & I need answers due to fear of Officer Lindsey & I had to assure my safety in this community. I have been assaulted by 3 residents here, missing charges, I have copies. No protection.

Officer Ball did not it appears follow up on assault charge - (By 2 women) Very threatening - Witness also to this event. Was going to give me ticket because he displayed much anger, would not let me contact Officer Sanders over this assault. Sanders brought cat trap for ferral cats (over 14) Set them, told residents who released ferral cat - not to release, explained purpose, cats caught, 2 Residents came to release & assaulted me & 3 children, 1 man (children residents. Officer Ball threatened me yelling 'I will give you Disorderly (Conduct).

This Appears Abuse under 'Color' of Law. Former C.O.P. never did anything, neglect in my opinion along with C.O.P Bauer

_____

_____

_____.

IV. Relief:

(State briefly exactly what judgement or relief you want from the Court. Do not make legal arguments.)

Officer Lindsey & Stevans, & Ball & C.O.P Should be terminated. All Defendants Should Compensate. Also should reimburse me Court and finacially aspects, suffering in this case. CONSTITUTION & Bill of Rights, ADA, Civil Rights, CLASSES BY PROFESSIONAL

V. Do you claim the wrongs alleged in your complaint are continuing to occur at the present time? Yes [X] No [ ]

VI. Do you claim actual damages for the acts alleged in your complaint? Yes [X] No [ ]

VII. Do you claim punitive monetary damages? Yes [X] No [ ]

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

No money can replace Violating my Civil Rights - ADA - Constitutional Rights - Told to move by Officer of The Law who Took The Oath. I am one citizen with rights here in havisburg, Ks, guareenteed under Constitution of United States. This was abuse of power under 'Color' of Law. Missing Evidence, Body Camera, Missing Charges, No Protection from my assault as Victim, Appears

Back Side →

4

to have me move. As if I am nobody here, as COP Bauer said he has 4,300 other citizens to deal with. To Tell Me to Stop praying. That is Between My God and me. That is my "FIRST AMMENDMENT Right (R/E Stevens) To Prevent Me from going into my own Bedroom. LIMITING ME in MY Home, all over a Noise (Radio) Violation. (Officer Lindsey)

Intimidating and Threatening Me with Charges, and jail and Fearing To This DAY for my safety, peace in My home and Louisburg, Kansas, of Miami County now. Not Being Offered fees for my restraining protection. from Defendant Donna Milliorn. by officer Lindsey. in 3/2015. Threatened again by Officer Lindsey & Lectured of "Freedom of Speech" Means nothing. KNEW BOND of $2000 Yet Did Not Know Why or What Charges. (Off. Lindsey)

Officer Ball - Approx 8/2014 - (Last KC Chief Pre Season game). Threatened He was not going to take report of assault by 2 neighbors - Yelling, Screaming, Threatened Disordery Conduct Refused me to call Officer Sanders - In front of Volunteer fire fighter. Public Scene. Assault happened to 3 children also. Was Very Angry over making report. Cost of Fear And Retaliktion. Former Chief aware, I Reported Also. Missing Report & Witness Statements

City of LOUISBURG, KANSAS - Mayor Marty Southard & Former Mayor Travis Tompson. employ Defen or employeed, Defendants.

VIII. Administrative Procedures:

A. Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency? Yes [X] No [ ]

B. If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure: Left Messages with DOJ 2015 CONTACTED - Attorney General - KS - Office - Advised Internal Investigation HAVE PHONE RECORDS
Former
Early 2015 - Met with C.O.P Ron Anderson in his office R/E All in this action up to 3/2015. 1-1½ hour. Request Internal Investigation.
9/21/2015 Met with C.O.P. Tim Bauer In his office R/E Internal Investig
10/8/2015 Written, Notarized Requests for Internal Investigation, C.O.P Bauer Said He Would Answer Me in 5 DAYS - TO This DAY - He Never Has. I Keep Following up

C. If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

_____
_____
_____

IX. Related Litigation:

Please mark the statement that pertains to this case:

_____ This cause, or a substantially equivalent complaint, was previously filed in this court as case number _____ and assigned to the Honorable Judge _____.

__X__ Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

_Mary Anne Sause_
Signature of Plaintiff

MARY ANNE SAUSE
Name (Print or Type)

5

November 12, 2015, Hand Delivered - Notarized Letter Written on 11/12/15 To Police Officer David Sanders For Follow up., Stolen Property Report on Carol Caswell, AND Copy of LETTER TO Chief of Police, Timothy J. Bauer, dated 10/8/2015 - Notarized - Written Request for Internal Investigation.

To and for me "The Buck is Being Passed". As Stated By C, O. P. Bauer, he has 4,300 other citizens' to check on. To and for Me - I had attempted, waited patiently for answers. I am a Citizen of United States, may be disabled But I am of Value and due have Civil AND Constitutional Rights.

10 North 14th Apt 1409
Address

Louisburg, Kansas 66053
City       State       Zip Code

913-837-8403
Telephone Number

### DESIGNATION OF PLACE OF TRIAL

Plaintiff designates ☐Wichita, ☒Kansas City or ☐Topeka , Kansas as the location for the
(check one location)
trial in this matter.

*Mary Anne Sause*
Signature of Plaintiff

### REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury ☒yes ☐no .
(check one)

*Mary Anne Sause*
Signature of Plaintiff

Dated: November 20, 2015
(Rev. 8/07)

6